Frank REAVES, Plaintiff—Appellant,

v.

Correctional Officer BROWN, Transportation Bus Driver; Correctional Officer Grant, Lieutenant, Defendants—Appellees.

No. 07–6430.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2007.

Decided: July 31, 2007.

Frank Reaves, Appellant Pro Se.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Reaves appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Reaves v. Brown,* No. 2:07–cv–00068–HCM (E.D.Va. Mar. 12, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*